UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 07-10277-NMG

UNITED STATES OF AMERICA

v.

ALBANIA DELEON

REPORT AND RECOMMENDATION RE:
MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE,
SET ASIDE, OR CORRECT SENTENCE (DOCKET ENTRY # 200)

May 9, 2016

BOWLER, U.S.M.J.

Pending before this court is a motion to vacate, set aside or correct a sentence filed pro se by defendant Albania Deleon ("defendant" or "Deleon"), an inmate at the Federal Correctional Institute in Danbury, Connecticut ("FCI-Danbury") pursuant to 28 U.S.C. § 2255 ("section 2255"). (Docket Entry # 200). On December 12, 2014, the United States of America ("the government") filed a response in opposition to the section 2255 motion addressing inter alia the ineffective assistance of counsel claim. (Docket Entry # 206). Thereafter, defendant submitted a reply brief. (Docket Entry # 213).

PROCEDURAL BACKGROUND

*After consideration of defendants' objections ("entitled motion in opposition...")(Docket No. 222) thereto, report and recommendation is accepted and adopted.*

*NMGorton, USDJ 7/8/16*